AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| LAURITZ MILLS | ) | Case No.   Criminal No. 2011-05(STX) |
| | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | DISTRICT COURT OF THE VIRGIN ISLANDS FEDERAL BUILDING & U.S. COURTHOUSE 5500 VETERANS DRIVE ST. THOMAS, VIRGIN ISLANDS | Courtroom No.: SMALL COURTROOM |
|---|---|---|
| | | Date and Time: 06/08/2011 9:30 am |

This offense is briefly described as follows:

Theft of Federal Program Funds; Filing False Income Tax Return

Date:    06/01/2011

*Issuing officer's signature*

Wilfredo F. Morales Clerk, By: Claudette A. Donovan, Deputy
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date:   June 3, 2011

*Server's signature*

Ronald A. Loecker, Special Agent
*Printed name and title*    IRS-CI