IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIM. NO. 2011-05 |
| ) | |
| ) | |
| LAURITZ MILLS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

*DEFENDANT'S MOTION TO CONTINUE TRIAL DATE*
*WITH POINTS AND AUTHORITIES*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**COMES NOW DEFENDANT, LAURITZ MILLS**, by and through her undersigned Counsel, to move this Honorable Court to continue the trial date, presently set for November 7, 2011, pursuant to *Fed.R.Crim.P. Rules 2, 12, 45 & 47, the Revised Organic Act of 1954 (48 U.S.C. § 1561)* and the Constitutional considerations embodied therein.

In support of her *Motion*, Defendant states the following facts and circumstances:

1. Undersigned counsel previously advised the Court that several bankers boxes of materials were removed from Defendant's and additional offices in conjunction with what became *People v. Alric Simmonds, Sup. Ct. St. T. & St. J. Crim. Nos. F112/07 & F436/07*. Upon information and belief the Office of the V.I. Inspector General requested and received

***DEFENDANT'S MOTION TO CONTINUE TRIAL DATE***
<u>***United States v. Lauritz Mills, et al.***</u>
***Page 2***

      materials from the V.I. Bureau of Economic Research and related entities on 8-10 occasions from 2006 through April 4, 2008, when all materials were seized and removed in conjunction with a *Subpoena* believed to have been issued pursuant to <u>***People v. Simmons***</u>.  Counsel's inability to locate and review these documents is the basis of Defendant's pending ***Motion to Extend Time to File Pretrial Motions***.

2.    The subject documents are necessary for the preparation of a proper defense, including, but not limited to *Public-Authority*, pursuant to ***Fed. R. Crim. P. 12.3***, and for motions practice.

3.    The parties have communicated about these materials and have made active efforts to obtain the documents.  Accordingly, Defendant has prepared and will issue *subpoenas* to the V.I. Inspector General and/or the V.I. Attorney General in an effort to locate the missing materials.

4.    At the last status hearing held on October 5, 2011, both counsel for the Government and co-defendant stated to the Court that they would not oppose a request for a continuance of the trial date.  That war reconfirmed during today's status conference with the Court.

5.    Defendant has agreed to waive her right to a speedy trial and recently filed an ***Amended Application and Checklist for Speedy Trial Extension*** acknowledging her waiver and extending the time for trial to July 2012.  Counsel for the co-Defendants have discussed the matter and Defendant Frank Mills has similarly executed his ***Amended Application*** through to the same date.

    ***WHEREFORE, Defendant prays:***

*DEFENDANT'S MOTION TO CONTINUE TRIAL DATE*
<u>*United States v. Lauritz Mills, et al.*</u>
**Page 3**

     A.     *That the Motion to Continue be GRANTED;*

     B.     *That trial be continued to a date certain in 2012; and*

     C.     *For such other and further relief as the Court deems just and proper.*

Dated this 26th day of October, 2011.

    Respectfully submitted,

    */s/ Treston Moore*
    Treston E. Moore, Esquire
    V.I. Bar No. 10
    MOORE DODSON & RUSSELL, P.C.
    Attorneys for Defendant L. Mills
    P.O. Box 310, E.G.S. (14A Norre Gade)
    St. Thomas, VI 00804-0310
    PHONE:    (340) 777-5490
    FAX:    (340) 777-5498
    EMAIL:    tresmoore@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on this 26th day of October, 2011, true and correct copies of the foregoing were electronically served pursuant to **LRCr 1.2** and **LRCi 5.4**, upon Kelly B. Lake, Esquire, Office of the United States Attorney, Federal Building & U.S. Courthouse, 5500 Veterans Drive, Suite 260, St. Thomas, V.I. 00802-6424 (Fax No. 776-3474), and upon Gordon C. Rhea, Esquire, 1037 Chuck Dawley Blvd., Building A, Mt. Pleasant, SC 29464, and to any additional Counsel of Record.

    */s/ Treston Moore*